## Resignation Letter

1/28/2016

Human Resources,

This notice is my official 2 week resignation letter. My last date of employment will be 2/7/2016. During these two week, I will not be coming to the office. I will continue to sign off on all charts in KIPU and maintain communication with clinical staff. At the end of the 2 weeks I will notify DCF, the billing/insurance company, and Joint Commission/Lynda that I am no longer serving as clinical director because I am legally mandated to notify them.

As clinical director I have attempted to help Reflections implement ethical practices and evidence based treatments. In addition, I have attempted to ensure that Reflections complies with all DCF standards, best practices and all local, state and federal laws. I am resigning as I don't agree with the way the treatment center is run by administration.

Thank you for the opportunity to work at Reflections and I wish you continued success in serving individuals and families impacted with addiction. If you want to terminate employment today and not pay me for the next 2 weeks, let me know in writing, and I will notify DCF, the insurance and billing company and Joint Commission/Lynda today.

Please remove my picture from your website and I will make arrangements to pick up my personal belongings in my office including my laptop computer that I let Patricia use and the computer in my office that I brought in from home to use. If you need to communicate with me please do so by email.

Dr. Barry M. Gregory Ed.D., M.Ed., LMHC



DEFENDANT'S EXHIBIT
CASE NO. 17-CR-8033
EXHIBIT NO. 2

barry gregory

Try Prime | EN | Hello, Sign in | Account & Lists | Orders | Try Prime | Cart 0

Departments ▾ | Your Amazon.com | Today's Deals

Books | Advanced Search | New Releases | Best Sellers | The New York Times® Best Sellers | Children's Books | Textbooks | Textbook Rentals

‹ Back to search results for "barry gregory"



Look inside ↓

Flip to front

  

See all 3 images

## Cognitive-Behavioral Therapy Skills Workbook
Paperback – October 1, 2010

by Barry Gregory (Author)

45 customer reviews

See all 2 formats and editions

**Paperback**
**$18.81**

18 Used from $10.88
28 New from $14.68

Cognitive-Behavioral Therapy (CBT) is the fastest-growing psychotherapy in the world today, largely because it has been clinically-tested and found effective for a broad range of psychiatric and psychological problems. CBT has strong clinical support from both clients and clinicians who like its collaborative process that uses practical tools and strategies for solving everyday problems.

The challenge for many clinicians is finding practical ways to integrate empirically-supported therapies into everyday clinical practice with clients. While there are many outstanding books on the theory and practice of cognitive-behavioral therapies, the CBT Skills Workbook provides over 100 of the top hands-on practical worksheets and exercises to help clinicians integrate CBT into their practice. The exercises and worksheets are designed to provide powerful tools that can be used in individual or group sessions and as homework assignments. An effective way to use the workbook is to have clients complete the exercises and worksheets at home and then review them together in each session. Clients learn by doing, thus these exercises are intentionally designed to be short, sweet, and easy-to-complete.

Read less



Featured resources for residents
Explore these featured titles for medical residents. Learn more

### Frequently bought together

Total price: $63.00

[ Add all three to Cart ]

[ Add all three to List ]

Share

| Buy New | $18.81 |
|---|---|
| Qty: 1 ▾ | List Price: $24.99 |
| | Save: $6.18 (25%) |

FREE Shipping on orders with at least $25 of books.

In Stock.
Ships from and sold by Amazon.com.
Gift-wrap available.

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

[ Add to Cart ]

Turn on 1-Click ordering for this browser

**Want it Wednesday, April 26?** Order within 14 hrs 32 mins and choose One-Day Shipping at checkout. Details

Ship to:
WESTPALMBEACH, FL 33401

| Buy Used | $10.88 |
|---|---|

Add to List

**Sell yours for a Gift Card**
We'll buy it for $3.75
Learn More

[ Trade in now ]

### Other Sellers on Amazon

$20.68    [ Add to Cart ]
+ Free Shipping
Sold by: BooKnackrh

$20.75    [ Add to Cart ]
+ Free Shipping
Sold by: Book Depository US

$21.77    [ Add to Cart ]
+ Free Shipping
Sold by: bargainb

Have one to sell?



DEFENDANT'S EXHIBIT
CASE NO. 17CR800
EXHIBIT NO. 3

# Employment History Highlights: Career of Service to Others

**1974-1976: Johnson State College Vermont:** For 4 years as an undergraduate student I worked in A Federally Funded Grant Program called Prove designed to provide academic and personal support to incoming students at risk from drop out. Each semester I was assigned 8 students who I met with on a weekly basis to tutor and counsel. I also directed that the student writing lab providing support for students needing support with study and writing skills. This experience was instrumental in me deciding to become an educator and counselor in my life. The program was instrumental in retaining at risk college students in school and developing the skills to succeed both inside and outside the classroom. Academic success was closely tied to teaching students skills to navigate personal problems they were having in their lives.

**1992: Lesley College Graduate School Internship Boston:** Father Bills Homeless Shelter in Quincy Ma. Worked as volunteer at homeless shelter providing assistance and food to homeless individuals as part of required internship in Graduate School. Worked with severe mentally ill at shelter.

**1994-1995: Behavioral Health Tech: Interphase Recovery Program Boca Raton Florida.** This was my first job in the addiction field after moving from Boston to Florida. As a behavioral health tech I transported clients to the treatment center, monitored clients, provided support to clients and provide general assistance to help coordinate treatment. Help talk to clients who were struggling with addiction. This was my first experience working in the field starting off as a tech while I was going to graduate school at FAU to help support my wife and 2 children.

**1995-1997: Community Outreach Coordinator Florida Atlantic University:** Provide community outreach services for low income at risk youth in after school program in Palm Beach County. Developed volunteer tutoring program for FAU students to work at after school programs and provide mentoring and tutoring services. Wrote grants to help fund summer food program for summer camp programs for at risk youth. Received the Governor's Award for Summer Food Program.

**1996-2006: Assistant Director/Program Director/Substance Abuse Counselor at Florida Atlantic University Counseling Center.** Spend 10 developing and providing substance abuse prevention and counseling services for college students including student athletes. Worked with local and state prevention and treatment agencies to develop collaborative initiatives to reduce alcohol and other drug use among youth and college students. Authored White Paper for State of Florida Governor's Task Force on College Binge Drinking: Changing the College and Community Drinking Cultures that Promote High-Risk Underage Use of Alcohol. Founder of Florida Higher Education Alliance for Substance Abuse Prevention (FHE-ASAP). Appeared on MSNBC one Hour Documentary Special Entitled Party 101. Served on Governor's Task Force to Reduce Suicide Among Youth and College Students. Served on Governor's Task Force to Reduce Violence on College Campuses. Published doctoral dissertation tested the efficacy of brief motivational and skills based interventions with college students to reduce high risk drinking. Published College Alcohol and Life Skills Workbook and College Success Workbook used in the NCAA CHAMPS Life Skills Program at the University of Vermont. Provided



DEFENDANT'S EXHIBIT
CASE NO. 17-cr-80033
EXHIBIT NO. 4

multiple presentations for the NCAA, for college and universities and for the United States Department of Education Alcohol and Other Drug Prevention Center.

**2006—2008: Federal Access to Recovery (ATR) Grant Program for the Homeless Clinical Mobile Assessment Supervisor.** Screen and assesses homeless clients with co-occurring addiction and mental health disorders. After completing assessments, clients were referred to housing, counseling and medication management if needed. This 100 million-dollar federal grant brought 20 million dollars to Florida and brought an estimated 4.5 million dollars to Palm Beach County to treat homeless populations in part do the work myself and my staff providing for the Department of Children and Families. I supervised a staff of 3-5 people who went to homeless shelters and sober homes to provide direct assessment services.

**2005-Present National Seminar Trainer for PESI:** Develop and provide evidence-based training seminars to licensed professionals in the mental health fields. Licensed professionals included psychologists, social workers, mental health counselors and addiction professionals who provide direct counseling services to individuals including children and adolescents with mental health disorders. It's estimated that I provided over 700 national seminars and traveled to almost every state in the United States. Performance evaluations were extraordinary. Have done this job full time at times traveling away from family 3 weeks out of the month as well as part time. Authored the Cognitive-Behavioral Skills Workbook: Practical Worksheets and Exercises for Everyday Clinical Practice which is one of the best-selling workbooks for PESI.

**2009-2010: Seminar Training Consultant for the State of Florida Department of Children and Families.** Provided one day evidence-based training seminars for staff employed at DCF Licensed Substance Abuse Treatment Providers under the supervision of DCF.

**2010-2011: Therapist and Director of Outpatient and Residential Services at South County Mental Health Center in Delray Beach Florida.** Provided direct therapy for clients with severe mental illness. Directed and supervised staff providing treatment and case management services to individuals with severe mental illness including clients who lived at the facility and who were unable to function in society. Worked with psychiatrists, case managers, therapists to provide rehabilitation services for persons with chronic mental illness including with clients being discharged from acute crisis stabilization units who were baker acted.

**2010: Clinical Director for the Journey Forward Program located in the St. Lucie County Jail in Fort Pierce Florida.** Provide substance abuse counseling services to inmates in jail program. Provided individual and group addiction and recovery services. Provided re-entry groups to help inmates transition back to society. Worked with Major Patrick Tighe, director of the St. Lucie County Sheriff's Office Department

**2011-2016: Clinical Director and Consultant for Addiction and Mental Health Agencies:** Help agencies obtain DCF licenses to open treatment centers. Provide consulting to help agencies set up centers. Serve as clinical director to help provide and supervise staff who provides individual and group treatment centers. Help with setting human resources, implementing evidence-based treatments, charts and medical records, staff supervision, preparation for audits.